Judge Hellerstein

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 14 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

   - v. -

LUIS FELIPE PIMENTEL,

        Defendant.

- - - - - - - - - - - - - - - - - -x

INDICTMENT

07 Cr.

07 CRIM. 417

COUNT ONE

The Grand Jury charges:

On or about January 29, 2003, and continuing thereafter, in the Southern District of New York and elsewhere, LUIS FELIPE PIMENTEL, the defendant, having been released on bail in connection with a charge of, and while awaiting sentence after conviction for, an offense punishable by life imprisonment, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, PIMENTEL failed to appear before a United States Magistrate Judge for a bail review hearing in the matter of *United States v. Felipe Pimentel*, 98 Cr. 1038 (SWK), or at any time thereafter.

           (Title 18, United States Code,
           Sections 3146(a)(1)and (b)(1)(A)(i).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LUIS FELIPE PIMENTEL,

Defendant.

INDICTMENT

07 Cr.

(18, U.S.C. §§ 3146(a)(1)
and (b)(1)(A)(i).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

5/14/07 Filed Indictment. A/W issued.   Pitman
Case assigned to Judge Hellerstein   U.S. M.J.